[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

————————————————

No. 19-14667
Non-Argument Calendar

————————————————

D.C. Docket No. 1:08-cr-00215-TFM-C-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

CODY DEAN HAGLER,

Defendant-Appellant.

————————————————

Appeal from the United States District Court
for the Southern District of Alabama

————————————————

(July 14, 2020)

Before WILSON, LAGOA and ANDERSON, Circuit Judges.

PER CURIAM:

William Bradford, appointed counsel for Cody Hagler in this direct criminal

appeal, has moved to withdraw from further representation of the appellant and

filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Hagler's conviction and sentence are **AFFIRMED**.